

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

ADG

*Select Street Address
Select City & State*

June 9, 2022

By E-mail

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Daniel Spektor and Eduard Zabolotnyy
     No. 22-M-612 (RML)

Dear Judge Levy:

  The government respectfully moves for an order unsealing the complaint and arrest warrants in the above-captioned matter. The defendants were arrested by law enforcement authorities today.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

       By:   /s/
            Andrew D. Grubin
            Assistant U.S. Attorney
            (718) 254-6322

Enclosure

cc: Clerk of Court (by ECF)

ADG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DANIEL SPEKTOR and
EDUARD ZABOLOTNYY,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 22-M-612 (RML)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew D. Grubin, for an order unsealing the complaint and arrest warrants in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrants in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           June 9, 2022

_____
HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK